# Order

Michigan Supreme Court
Lansing, Michigan

January 18, 2013

Robert P. Young, Jr.,
Chief Justice

146011-2

Michael F. Cavanagh
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

HOME-OWNERS INSURANCE COMPANY,
        Plaintiff-Appellee,

v

        SC: 146011-2
        COA: 301105, 301775
        Arenac CC: 10-011286-CK

VIRGIE DOWNS, Individually and as Next
Friend of Jacquelyn Downs,
        Defendant-Appellant,
and

GARY STEIN, KIMBERLY HALEY-STEIN,
and JADE STEIN,
        Defendants.

_____/

        On order of the Court, the application for leave to appeal the July 10, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

        HATHAWAY, J., not participating.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 18, 2013

_____
Clerk

t0116